UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK HALL, | ) |
| | ) CASE NO. C16-1846RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER TO SHOW CAUSE |
| | ) |
| DEPARTMENT OF THE U.S. ARMY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

*Pro Se* Plaintiff, Frederick Hall, filed a Complaint in this matter on December 2, 2016. Dkt. #1. Plaintiff raises allegations of discrimination arising out of his discharge from the United States Army in 1972. Dkt. #1. There are no specific facts discussed, and no indication as to how the various named Defendants are allegedly liable to him. *Id.* His filing fee has been paid, but summonses have not yet been issued, and there is no indication that this matter has been served.

Federal Rule of Civil Procedure 4(i) sets forth the procedure for serving the United States and its agencies. Rule 4(m) requires that service be made within 90 days of filing the Complaint. Plaintiff has failed to request summons or show proof of service on any of the defendants. Accordingly, no later than twenty-one (21) days from the date of this Order, Plaintiff shall SHOW CAUSE why his case should not be dismissed for failure to prosecute.

SHOW CAUSE ORDER
PAGE - 1

The Clerk shall send a copy of this Order to Plaintiff at P.O. Box 1694, Seattle, WA 98118.

DATED this 13th day of March, 2017.

						_____
						RICARDO S. MARTINEZ
						CHIEF UNITED STATES DISTRICT JUDGE

SHOW CAUSE ORDER
PAGE - 2