UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK HALL, ) | |
| ) | CASE NO. C16-1846RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| DEPARTMENT OF THE U.S. ARMY, *et al.*, ) ) | |
| ) | |
| Defendants. ) | |

*Pro Se* Plaintiff, Frederick Hall, filed a Complaint in this matter on December 2, 2016. Dkt. #1. Plaintiff raises allegations of discrimination arising out of his discharge from the United States Army in 1972. Dkt. #1. There are no specific facts discussed, and no indication as to how the various named Defendants are allegedly liable to him. *Id.* His filing fee has been paid, but summonses have not yet been issued, and there is no indication that this matter has been served on any of the named Defendants.

Federal Rule of Civil Procedure 4(i) sets forth the procedure for serving the United States and its agencies. Rule 4(m) requires that service be made within 90 days of filing the Complaint. Plaintiff failed to request summons or show proof of service on any of the Defendants. As a result, on March 13, 2017, this Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute. Dkt. #3. Plaintiff has failed to respond to

ORDER OF DISMISSAL
PAGE - 1

that Order. Accordingly, this case is hereby DISMISSED without prejudice for failure to prosecute.

Plaintiff's pending motion for letter of credit (Dkt. #4) is now DENIED as MOOT.

The Clerk shall send a copy of this Order to Plaintiff at P.O. Box 1694, Seattle, WA 98118.

DATED this 11 day of April, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE